

# NUMBER 13-21-00448-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

MIGUEL DIAZ,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

## On appeal from the 28th District Court
## of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Longoria

Appellant filed a notice of appeal attempting to appeal convictions of aggravated robbery and aggravated assault with a deadly weapon. We dismiss the appeal for want of jurisdiction.

Sentence in this matter was imposed with a judgment of conviction entered on October 21, 2021. Upon review of the documents filed, the trial court has certified that

this "is a plea-bargain case, and the defendant has NO right of appeal" without permission of the Court. *See* TEX. R. APP. P. 25.2(a)(2). On December 16, 2021, the Court ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. In response, appellant's counsel filed a memorandum advising the Court of no right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is dismissed for want of jurisdiction.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
3rd day of February, 2022.